UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  21-CR-02265-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| FERNANDO VARGAS, | |
| Defendant. | |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Mr. Vargas' Motion Hearing/Trial Setting, currently scheduled for September 10, 2021, be rescheduled to ***October 8, 2021 at 1:30 p.m.***

It is further ordered that time should be excluded in the interests of justice because defense counsel cannot enter the MCC due to the recent surge in COVID-19 cases at the facility. *See* 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:  August 31, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge