# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO VARGAS,<br><br>Defendant. | CASE NO.:   21-CR-02265-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Mr. Vargas' Motion Hearing/Trial Setting, currently scheduled for October 8, 2021, be rescheduled to *November 4, 2021 at 1:30 p.m.*

It is further ordered that time should be excluded in the interests of justice because the parties have reached a resolution but need additional time to schedule Mr. Vargas's change of plea hearing. *See* 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:  October 6, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge